**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KIRSHA BROWN,<br><br>              Plaintiff,<br><br>v.<br><br>ACCSC ACCREDITING COMMISSION OF CAREER SCHOOL B COLLEGES,<br><br>              Defendant. | 2:10-CV-965- JCM (LRL) |

**ORDER**

Presently before the court is plaintiff Kirsha Brown's motion to extend time to amend complaint, enter objections, and file appeals (Doc. #4). Because plaintiff was incarcerated from 7/15/2010 until 8/14/2010 and unable to respond to this court's orders, it is in the interests of justice to grant the extension.

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff Kirsha Brown's motion to extend time to amend complaint, enter objections, and file appeals (Doc. #4), be, and the same hereby is, GRANTED.  Plaintiff shall have until September 23, 2010, to file the necessary documents.

DATED August 24, 2010.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**