1
2
3
4
5           **UNITED STATES DISTRICT COURT**
6           **DISTRICT OF NEVADA**

7   KIRSHA BROWN,                          2:10-CV-965- JCM (LRL)

8           Plaintiff,

9   v.

10  ACCSC ACCREDITING
11  COMMISSION OF CAREER SCHOOL
    B COLLEGES,
12
13          Defendant.

14

15                              **ORDER**

16      Presently before the court is the magistrate judge's report and recommendation to dismiss
17  the complaint with prejudice. (Doc. #7).

18      Local Rule IB 3-1 states that any party wishing to object to the ruling of the magistrate judge
19  on a pretrial matter shall file a specific objection within ten (10) days from the date of service of the
20  magistrate judge's ruling. Objections to the report and recommendation were due by November 14,
21  2010, and, to date, plaintiff has failed to object.

22      Upon review of the magistrate judge's report and recommendation (doc. #7), and there being
23  no objections filed, this court agrees with Magistrate Judge Leavitt's recommendation that the
24  complaint be dismissed as irrational and frivolous.

25      Accordingly,

26      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that United States Magistrate
27  Judge Lawrence Leavitt's report and recommendation (doc. #7) is AFFIRMED in its entirety.

28

**James C. Mahan**
**U.S. District Judge**

1  IT FURTHER ORDERED that instant action is hereby DISMISSED with prejudice.

2  DATED November 17, 2010.

*/s/ James C. Mahan*
_____
UNITED STATES DISTRICT JUDGE

James C. Mahan
U.S. District Judge

- 2 -